**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Steven Karl Herron** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number | 24-00634 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $    **8,000,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................... | $    **36,448,649.05** |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................ | $    **44,448,649.05** |

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **2,550,000.00** |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $    **0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    **18,589,822.36** |
| **Your total liabilities** | $    **21,139,822.36** |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................ | $    **32,104.78** |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $    **29,230.00** |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7. **What kind of debt do you have?**

    ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed 08/12/24   Page 1 of 56

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed   08/12/24   Page 2 of 56

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Steven Karl Herron | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII | | |
| Case number | 24-00634 | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

| 1.1 | | | |
|---|---|---|---|

**94 Keoawa Pl**
Street address, if available, or other description

| Lahaina | HI | 96761-0000 |
|---|---|---|
| City | State | ZIP Code |

**Maui**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Property held by Steven K. Herron Revocable Trust**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,000,000.00** | **$8,000,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

| **$8,000,000.00** |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 3 of 56

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ram** |
| | Model: | **1500** |
| | Year: | **2013** |
| | Approximate mileage: | **70000** |

Other information:

**VIN: 1C6RR7WT2DS668374
[Located on Maui]**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,000.00 | $16,000.00 |

| 3.2 | Make: | **Chevrolet** |
| | Model: | **Bolt** |
| | Year: | **2022** |
| | Approximate mileage: | **21,000** |

Other information:

**VIN: 1G1FX6S04N4100195
[Located on Maui]**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

| 3.3 | Make: | **Ford** |
| | Model: | **Bronco Sport** |
| | Year: | **2024** |
| | Approximate mileage: | **1600** |

Other information:

**VIN: 3FMCR9B64RRE85499
Location: Durango, CO**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................=>     **$56,000.00**

**Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

**Household: Furniture, and Subzero & Wolf kitchen appliances [No one item worth more than $5,000.00]
[Maui house]**

$50,000.00

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 4 of 56

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| 2-TV,  Macbook, 4-iphones, 1 laptop, 2 chrome computers, 2 i-pads, ceiling-mounted movie projector, 1 printer [No one item worth more than $500.00] | $2,500.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Sports-Hobby: 2 surf boards, 1 paddle board, mountain bike, 1 snowboard and miscellaneous ski gear (no one item worth more than $1,000.00) [Located in Maui] | $5,000.00 |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Registered firearms: 35 handguns and long guns [Locked up in a safe on Maui] | Unknown |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Clothes: every day clothes & tailored business suits [Located on Maui] | $2,500.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Wedding band | $500.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Two dogs [One located on Maui; One located in Colorado] | Unknown |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 5 of 56

14. **Any other personal and household items you did not already list, including any health aids you did not list**
- ☑ No
- ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| | |
|---|---|
| | **$60,500.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ☐ No
- ☑ Yes.............................................................................................................

|  | | |
|---|---|---|
| | Cash: cash | $21,500.00 |

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ☑ Yes........................              Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Wells Fargo x9185** | $258,741.34 |
| 17.2. | **Savings** | **Wells Fargo x0245** | $51,002.56 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ☐ No
- ☑ Yes...................      Institution or issuer name:

**Brokerage Account at Wells Fargo ending in 8481
[Steven K. Herron Rev. Trust Account] (amounts as of 6/30/2024)**

**Cash and sweep balances: $189,605.89
Stocks, options & ETFs: $4,063,270.52
Fixed income securities: $0.00
Mutual funds: $979,293.63**     $5,232,170.00

**Brokerage account at Wells Fargo (account ending in x3825)
[Values as of 6/30/2024]
Cash and sweep balances $359,110.79
Stocks, options & ETFs: $9,142,711.03
Fixed income securities:  608,207.71
Mutual funds: $8,793,477.99**     $18,903,507.52

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ☐ No
- ☑ Yes. Give specific information about them...................
   Name of entity:                                         % of ownership:

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 6 of 56

| | | | |
|---|---|---|---|
| **Backset Capital LLC [defunct]** | 100% [held through Steven K. Herron Rev Trust] | % | $0.00 |
| **Hayden Morgan LLC** | 100% [held through Steven K. Herron Rev Trust] | % | Unknown |
| **Peru Holdings LLC** | 100% [held through Steven K. Herron Rev Trust] | % | $200,000.00 |
| **Alvin Texas LLC** | 40% [held through Steven K. Herron Rev Trust] | % | $800,000.00 |
| **Octane Mineral Holdings LLC** | 99% [held through Steven K. Herron Rev Trust] | % | $0.00 |
| **Heavenly Daze, LLC [defunct entity]** | 3.001% capital interest and 3.851% profits interest | % | $0.00 |
| **Fund investment in Z2 Energy Partners I, LLC** | 0% | % | $100,000.00 |
| **Fund investment in Platte River Equity IV LP** | 0% | % | $100,000.00 |
| **SHTS Investments LLC** | 100% [held through Steven K. Herron Rev Trust] | % | Unknown |
| **Fund investment in Carbon Limit AV III** | 0% | % | $100,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No

☐ Yes. Give specific information about them.
Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **ROTH IRA** | **Wells Fargo (account ending in x1044)** | $42,122.01 |
| **IRA** | **Wells Fargo (account ending in x3797)** | $298,743.06 |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| **Furniture** | **Urban Market**<br>**[Prepayment for Furniture for Durango, CO house]** | $91,000.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............   Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☐ No
   ■ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| **Education IRA: Daughter is beneficiary** | $103,580.65 |
|---|---|

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☐ No
   ■ Yes.  Give specific information about them...

| **Steven K. Herron Revocable Trust  dated Sept. 11, 2013, as amended by that certain First Amendment dated October 5, 2018** | **Unknown** |
|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them...

| **Licensed Professional Geologist - Texas and Washington State** | **Unknown** |
|---|---|

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 8 of 56

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

    | | |
    |---|---|
    | Owed Other: Cynthia Hayek. Unpaid child-related expenses. | $3,934.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | John Hancock Life Insurance Company (U.S.A.) Policy ending in 8026 | STEVEN K HERRON REVOCABLE TRUST | $44,576.00 |
    | Wealthquest Variable Universal Life Insurance [Policy ending in 6027] | STEVEN K HERRON REVOCABLE TRUST | $129,599.15 |
    | Insurance: Home owners | | Unknown |
    | Insurance: Flood policy | Debtor and Spouse | Unknown |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | | |
    |---|---|
    | Claim: Defamation, conversion against Christine Herron | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

Official Form 106A/B                    Schedule A/B: Property                              page 7

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................................

**$26,480,476.29**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
☐ No
■ Yes.  Describe.....

| Loan receivable from Otis LLC | $3,223,597.34 |

| Loan receivable from Natural Path Botanicals LLC | $4,907,335.55 |

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
■ No
☐ Yes.  Describe.....

41.  **Inventory**
■ No
☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
■ No
☐ Yes.  Give specific information about them...................
Name of entity:                                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 10 of 56

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................................................

| | |
|---|---|
| | **$8,130,932.89** |

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information.........

| | |
|---|---|
| Escrowed Contract to purchase property located at 199 Cabin Creek Drive, Durango, Co. 81301 | **$1,720,739.87** |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................

| | |
|---|---|
| | **$1,720,739.87** |

**Part 8:** **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................... | | **$8,000,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$56,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$60,500.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$26,480,476.29** | |
| 59. | **Part 5: Total business-related property, line 45** | **$8,130,932.89** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$1,720,739.87** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$36,448,649.05** | Copy personal property total  **$36,448,649.05** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$44,448,649.05** |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 11 of 56

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Steven Karl Herron** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | 24-00634 |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **94 Keoawa Pl Lahaina, HI 96761 Maui County Property held by Steven K. Herron Revocable Trust**<br>Line from *Schedule A/B*: **1.1** | $8,000,000.00 | ■ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-92(a)(1) |
| **2024 Ford Bronco Sport 1600 miles VIN: 3FMCR9B64RRE85499 Location: Durango, CO**<br>Line from *Schedule A/B*: **3.3** | $25,000.00 | ■ $2,575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(2) |
| **Household: Furniture, and Subzero & Wolf kitchen appliances [No one item worth more than $5,000.00] [Maui house]**<br>Line from *Schedule A/B*: **6.1** | $50,000.00 | ■ $50,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(1) |
| **2-TV,  Macbook, 4-iphones, 1 laptop, 2 chrome computers, 2 i-pads, ceiling-mounted movie projector, 1 printer [No one item worth more than $500.00]**<br>Line from *Schedule A/B*: **7.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | HRS § 651-121(1) |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 12 of 56

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding band**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■                $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | HRS § 651-121(1) |
| **ROTH IRA: Wells Fargo (account ending in x1044)**<br>Line from *Schedule A/B*: **21.1** | $42,122.01 | ■            $42,122.01<br>☐  100% of fair market value, up to any applicable statutory limit | HRS § 651-124 |
| **IRA: Wells Fargo (account ending in x3797)**<br>Line from *Schedule A/B*: **21.2** | $298,743.06 | ■        $298,743.06<br>☐  100% of fair market value, up to any applicable statutory limit | HRS § 651-124 |
| **John Hancock Life Insurance Company (U.S.A.)**<br>**Policy ending in 8026**<br>**Beneficiary: STEVEN K HERRON REVOCABLE TRUST**<br>Line from *Schedule A/B*: **31.1** | $44,576.00 | ■            $44,576.00<br>☐  100% of fair market value, up to any applicable statutory limit | HRS § 431:10-232 |
| **Wealthquest Variable Universal Life Insurance [Policy ending in 6027]**<br>**Beneficiary: STEVEN K HERRON REVOCABLE TRUST**<br>Line from *Schedule A/B*: **31.2** | $129,599.15 | ■       $129,599.15<br>☐  100% of fair market value, up to any applicable statutory limit | HRS § 431:10-232 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Steven Karl Herron** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number | **24-00634** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |
| **2.1**   **Wells Fargo Bank NA**<br>Creditor's Name | **Describe the property that secures the claim:**<br><br>**Brokerage Account at Wells Fargo ending in 8481 [Steven K. Herron Rev. Trust Account] (amounts as of 6/30/2024)**<br><br>**Cash and sweep balances: $189,605.89**<br>**Stocks, options & ETFs: $4,063,270.52**<br>**Fixed income securities: $0.00**<br>**Mutual funds:** | $2,550,000.00 | $5,232,170.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Bankruptcy**
**1 Home Campus Mac**
**X2303-01a 3rd Floor**
**Des Moines, IA 50328**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $2,550,000.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $2,550,000.00 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed 08/12/24   Page 14 of 56

| Debtor 1 | **Steven Karl Herron** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number 24-00634
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** <br> Priority Creditor's Name | Last 4 digits of account number _____ | **Unknown** | **Unknown** | **Unknown** |
| | **Ogden, UT 84201** <br> Number Street City State Zip Code | When was the debt incurred? _____ | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**2023 Taxes**

49851
U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 15 of 56

| 2.2 | **State of Hawaii Department of Taxation** |
|---|---|

Priority Creditor's Name
**Attn: Bankruptcy Unit**
**P.O. Box 259**
**Honolulu, HI 96813**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____  **Unknown**  **Unknown**  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                    **2023 Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|
| 4.1 | **Aloha House, Inc.** | **$91.80** |

Nonpriority Creditor's Name
**1787 Wili Pa Loop Ste 7**
**Wailuku, HI 96793-1271**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Bill for Debtor's Children**
                    **Account No. XXXX003 - $73.44**
                    **Account No. XXXX002 - $18.36**

---

| 4.2 | **Christine Herron** | **Last 4 digits of account number** _____ | **$700,000.00** |

Nonpriority Creditor's Name

**c/o Brianne L. O. Wong Leong, Esq.**
**24 N. Church Street, Suite 407**
**Wailuku, HI 96793**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **July 1, 2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pending Divorce (prenuptial agreement)**

---

| 4.3 | **Clinical Labs of Hawaii** | **Last 4 digits of account number** **5030** | **$22.57** |

Nonpriority Creditor's Name

**P.O. Box 1882**
**Hilo, HI 96721-1882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill for Debtor's Child**

---

| 4.4 | **CU Medicine** | **Last 4 digits of account number** **7411** | **$19.99** |

Nonpriority Creditor's Name

**P.O. Box 111719**
**Aurora, CO 80042-1719**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill for Debtor's Child**

---

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed   08/12/24   Page 17 of 56

| 4.5 | **Cynthia Hayek** | | Last 4 digits of account number _____ | | $6,327,530.00 |

**Cynthia Hayek**
Nonpriority Creditor's Name
**c/o Zachary D. Wagner, Esq.**
**1001 Seventeenth Street, Suite 300**
**Denver, CO 80202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

**When was the debt incurred?**    **July 1, 2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Judgment in Case No. 2020CV30070, District Court, County of Routt, Colorado [Economic Dmg: $1,100,000.00; Non-Economic Dmg: $1,227,530.00; Punitive Dmg: 3x actual damages after addition of interest & costs; Exemplary Dmg: $4,000,000.00]**

---

| 4.6 | **Erin Lowenthal, Esq.** | | Last 4 digits of account number _____ | | $1,324.61 |

**Erin Lowenthal, Esq.**
Nonpriority Creditor's Name
**122 Maa Street, Unit B**
**Kahului, HI 96732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

**When was the debt incurred?**    **2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Attorneys fees in Hawaii divorce proceeding incurred by Debtor [Case No. 2FDV-23-0000376 pending in the Family Court of the Second Circuit for the State of Hawaii]**

| | | | |
|---|---|---|---|
| **4.7** | **Hawaii Gas** | Last 4 digits of account number _____ | **$13.00** |

Nonpriority Creditor's Name
**P.O. Box 29850**
**Honolulu, HI 96820-2250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

�) No

☐ Yes

☐) Other. Specify    **Tank Rental**

| | | | |
|---|---|---|---|
| **4.8** | **Hawaii Pacific Health** | Last 4 digits of account number   **5589** | **$242.37** |

Nonpriority Creditor's Name
**P.O. Box 30670**
**Honolulu, HI 96820-0670**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐) At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☐) No

☐ Yes

☐) Other. Specify    **Medical Bill for Debtor's Child**

| | | | |
|---|---|---|---|
| **4.9** | **Hawaii Pacific Health** | Last 4 digits of account number   **8456** | **$560.10** |

Nonpriority Creditor's Name
**Mail Code 61147**
**P.O. Box 61147**
**Honolulu, HI 96820-0670**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

When was the debt incurred?    **2024**

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only
☐ Contingent
☐ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ Disputed

☐) At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☐) No

☐ Yes

☐) Other. Specify    **Medical Bill for Debtor's Child**

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed 08/12/24   Page 19 of 56

| 4.1 0 | **Hawaii Water Service** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 384809**
**Waikoloa, HI 96738**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$413.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Water**

---

| 4.1 1 | **Jeffrey M. Villanueva** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**700 N. Colorado Boulevard, #347**
**Denver, CO 80206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Attorneys fees**

U.S. Bankruptcy Court - Hawaii    #24-00634    Dkt # 29    Filed 08/12/24    Page 20 of 56

| 4.1 2 | **Kenneth Wayne Hamp** | **Last 4 digits of account number** | | **$11,402,530.00** |

Nonpriority Creditor's Name
**c/o James R. Prochnow, Esq.**
**1144 15th Street, Suite 3300**
**Denver, CO 80202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **July 1, 2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Judgment in Case No. 2020CV30070, District Court, County of Routt, Colorado [Economic Dmg: $175,000.00; Non-Economic Dmg: $1,227,530.00; Punitive Dmg: 3x actual damages after addition of interest & costs; Exemplary Dmg: 10,000,000.00]**

| 4.1 3 | **Maui Diagnostic Imaging LLC** | **Last 4 digits of account number** | **4151** | **$5.77** |

Nonpriority Creditor's Name
**Mail Code 61059**
**P.O. Box 1300**
**Honolulu, HI 96807-1300**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Bill for Debtor's Child**

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 21 of 56

| 4.1 4 | **Maui Electric Company** | Last 4 digits of account number | **0997** | **$51.03** |

Nonpriority Creditor's Name
**P.O. Box 310040**
**Honolulu, HI 96820**
Number City State Zip Code

**When was the debt incurred?** **6/19-7/14**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Utilities**

---

| 4.1 5 | **McCannon Tyler & Associates** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**501 Cherry Street, Suite 570**
**Denver, CO 80246**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Services Rendered**

---

| 4.1 6 | **Olson Grimsley** | Last 4 digits of account number | | **$44,233.82** |

Nonpriority Creditor's Name
**700 17th Street, Suite 1600**
**Denver, CO 80202**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Attorneys Fees [Incurred by C. Herron in Case No. 2020CV30070, District Court, County of Routt, Colorado]**

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 22 of 56

| 4.17 | **Perrault & Alvarez** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1001 Bishop Street, Suite 2870**
**Honolulu, HI 96813**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Attorneys Fees**

---

| 4.18 | **Plantation Estates Lot Owner's Assoc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**c/o Soleil Management Hawaii**
**10 Ho'ohui Rd, Ste 302**
**Lahaina, HI 96761**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **AOAO Fees**

---

| 4.19 | **Spectrum** | Last 4 digits of account number | $125.00 |

Nonpriority Creditor's Name
**2 Digital Place**
**Simpsonville, SC 29681**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Utilities**

---

U.S. Bankruptcy Court - Hawaii  #24-00634  Dkt # 29  Filed  08/12/24  Page 23 of 56

| 4.2 0 | **Valley Isle Pool** | Last 4 digits of account number | $400.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2895A Koea Place**
**Makawao, HI 96768**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services Rendered**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.2 1 | **Verizon Wireless** | Last 4 digits of account number | $330.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 660108**
**Dallas, TX 75266-0108**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Cell phone**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.2 2 | **Waas Campbell Rivera Johnson & Velasquez** | Last 4 digits of account number | $64,576.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1350 Seventeenth Street, Suite 450**
**Denver, CO 80202**
Number Street City State Zip Code

**When was the debt incurred?**   **2024**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Attorneys Fees [Incurred by Debtor in Case No. 2020CV30070, District Court, County of Routt, Colorado]**

---

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 24 of 56

---

| 4.2 3 | **Waste Pro Hawaii** | Last 4 digits of account number _____ | $153.00 |

Nonpriority Creditor's Name
**PO Box 1022**
**Puunene, HI 96784**
Number City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Trash services**

---

| 4.2 4 | **Wells Fargo Bank NA** | Last 4 digits of account number  **1980** | $44,700.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1 Home Campus Mac X2303-01a 3rd Floor**
**Des Moines, IA 50328**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?  **Opened 01/14  Last Active 6/02/24**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.2 5 | **West Maui Lawn & Landscape** | Last 4 digits of account number _____ | $2,500.00 |

Nonpriority Creditor's Name
**P.O. Box 11793**
**Lahaina, HI 96761**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Landscape services**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

U.S. Bankruptcy Court - Hawaii  #24-00634  Dkt # 29  Filed  08/12/24  Page 25 of 56

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be
notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Christopher R. Decker, Esq.**<br>**Decker & Jones**<br>**2025 York Street**<br>**Denver, CO 80205** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Janet B. Martin, Esq.**<br>**Lasater & Martin PC**<br>**5251 DTC Parkway, Suite 800**<br>**Englewood, CO 80111** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jeffrey M. Lippa, Esq.**<br>**Williams, Weese, Pepple &**<br>**Ferguson, PC**<br>**1801 California Street, Suite 3400**<br>**Denver, CO 80202** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Michael R. McCurdy, Esq.**<br>**Fairfield and Woods, PC**<br>**1801 California Street, Suite 2600**<br>**Denver, CO 80202** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Zachary D. Wagner, Esq.**<br>**Hall & Evans, LLC**<br>**1001 Seventeenth Street, Suite 300**<br>**Denver, CO 80202** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 18,589,822.36 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 18,589,822.36 |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 26 of 56

**Fill in this information to identify your case:**

Debtor 1        **Steven Karl Herron**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF HAWAII

Case number    **24-00634**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1     Name<br>    Number   Street<br>    City    State    ZIP Code | |
| 2.2     Name<br>    Number   Street<br>    City    State    ZIP Code | |
| 2.3     Name<br>    Number   Street<br>    City    State    ZIP Code | |
| 2.4     Name<br>    Number   Street<br>    City    State    ZIP Code | |
| 2.5     Name<br>    Number   Street<br>    City    State    ZIP Code | |

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven Karl Herron** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII | | |
| Case number | 24-00634 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **Cynthia Hayek** **c/o Zachary D. Wagner, Esq.** **1001 Seventeenth Street, Suite 300** **Denver, CO 80202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.1**__ ☐ Schedule G _____ **Aloha House, Inc.** |
| 3.2 **Cynthia Hayek** **c/o Zachary D. Wagner, Esq.** **1001 Seventeenth Street, Suite 300** **Denver, CO 80202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.4**__ ☐ Schedule G _____ **CU Medicine** |
| 3.3 **Cynthia Hayek** **c/o Zachary D. Wagner, Esq.** **1001 Seventeenth Street, Suite 300** **Denver, CO 80202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.13**__ ☐ Schedule G _____ **Maui Diagnostic Imaging LLC** |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 28 of 56

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4   **Cynthia Hayek**
**c/o Zachary D. Wagner, Esq.**
**1001 Seventeenth Street, Suite 300**
**Denver, CO 80202**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
**Hawaii Pacific Health**

---

3.5   **Cynthia Hayek**
**c/o Zachary D. Wagner, Esq.**
**1001 Seventeenth Street, Suite 300**
**Denver, CO 80202**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**Clinical Labs of Hawaii**

---

3.6   **Cynthia Hayek**
**c/o Zachary D. Wagner, Esq.**
**1001 Seventeenth Street, Suite 300**
**Denver, CO 80202**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
**Hawaii Pacific Health**

---

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 29 of 56

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Steven Karl Herron** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | **DISTRICT OF HAWAII** |
| Case number (If known) | **24-00634** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ■ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
| | Occupation | **Executive;Executive Chairman;** | |
| | Employer's name | **OTIS LLC** | |
| | Employer's address | **401 Capital St** <br> **Hayden, CO 81639** | |
| | How long employed there? | **1 Year** | |

*See Attachment for Additional Employment Information

**Part 2:**     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **1,600.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **1,600.00** | $ **N/A** |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 25   Filed   08/12/24   Page 30 of 56

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ **1,600.00** | $ **N/A** |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **224.84** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **381.38** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

| | | | | |
|---|---|---|---|---|
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **606.22** | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **993.78** | **N/A** |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **11,111.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **5,000.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h. | **Other monthly income.** Specify: **Vista Minerals** | 8h.+ | $ **15,000.00** + | $ **N/A** |

| | | | | |
|---|---|---|---|---|
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **31,111.00** | **N/A** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **32,104.78** + | $ **N/A** = $ **32,104.78** |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____　　　　　　　　　　　　　　　　　　　　　　　11. +$ **0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies　　　　　　　　　　　　　　　　　12. $ **32,104.78**

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

# Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **Executive** |
| Name of Employer | **OTIS LLC** |
| How long employed | **1 Years, 0 Months** |
| Address of Employer | **401 Capital St**<br>**Hayden, CO 81639** |

| Debtor | |
|---|---|
| Occupation | **Executive Chairman** |
| Name of Employer | **Vista Minerals** |
| How long employed | **3 Years, 0 Months** |
| Address of Employer | **6050 Southwest Blvd**<br>**Suite 300**<br>**Fort Worth, TX 76109** |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 25   Filed   08/12/24   Page 32 of 56

Debtor 1     **Steven Karl Herron**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF HAWAII

Case number   **24-00634**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.   **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**   ☐ No

Do not list Debtor 1 and   ■ Yes.   Fill out this information for
Debtor 2.                            each dependent..............

Do not state the
dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 13 | ☐ No ■ Yes |
| Son | 13 | ☐ No ■ Yes |
| Daughter | 17 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ■ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                4.   $   0.00

If not included in line 4:

4a.   Real estate taxes                                           4a.   $   1,200.00
4b.   Property, homeowner's, or renter's insurance                4b.   $   2,000.00
4c.   Home maintenance, repair, and upkeep expenses               4c.   $   3,500.00
4d.   Homeowner's association or condominium dues                 4d.   $   1,300.00
5.   **Additional mortgage payments for your residence,** such as home equity loans   5.   $   0.00

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 33 of 56

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a.  $ | **200.00** |
| | 6b.  Water, sewer, garbage collection | 6b.  $ | **300.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **160.00** |
| | 6d.  Other. Specify:  **Trash** | 6d.  $ | **180.00** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **2,500.00** |
| 8. | **Childcare and children's education costs** | 8.  $ | **3,750.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **200.00** |
| 10. | **Personal care products and services** | 10.  $ | **700.00** |
| 11. | **Medical and dental expenses** | 11.  $ | **200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $ | **500.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **200.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a.  $ | **2,000.00** |
| | 15b.  Health insurance | 15b.  $ | **1,000.00** |
| | 15c.  Vehicle insurance | 15c.  $ | **200.00** |
| | 15d.  Other insurance. Specify:  **Flood/Hurricane** | 15d.  $ | **500.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16.  $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a.  $ | **0.00** |
| | 17b.  Car payments for Vehicle 2 | 17b.  $ | **0.00** |
| | 17c.  Other. Specify: | 17c.  $ | **0.00** |
| | 17d.  Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18.  $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | |
| | 20a.  Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.  Real estate taxes | 20b.  $ | **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d.  $ | **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify:  **Kids swim lessons** | 21.  +$ | **240.00** |
| | **Kids tennis lessons** | +$ | **200.00** |
| | **HI Fam. Ct Interim order payable to Christine Herron** | +$ | **6,000.00** |
| | **Family travel expenses (annualized)** | +$ | **2,000.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a.  Add lines 4 through 21. | $ | **29,230.00** |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ | **29,230.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a.  $ | **32,104.78** |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.  -$ | **29,230.00** |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c.  $ | **2,874.78** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **Debtor expects an increase of $1,000/month in carrying costs after closing the purchase of the Durango, Colorado house.**

U.S. Bankruptcy Court - Hawaii  #24-00634  Dkt # 29  Filed  08/12/24  Page 34 of 56

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Steven Karl Herron** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number | **24-00634** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Steven Karl Herron** | X |
|---|---|
| **Steven Karl Herron** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **August 12, 2024** | Date |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Steven Karl Herron** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number | **24-00634** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1.  What is your current marital status?**

■ Married
☐ Not married

**2.  During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **15 East Spruce Street Steamboat Springs, CO 80487** | From-To: **2016 - August 2021** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.  Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$10,349.16** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 36 of 56

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$105,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$4,436.25** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$180,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2022 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$18,720.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$75,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Child support from former spouse** | **$35,000.00** | | |
| | **Capital Gains** | **Unknown** | | |
| | **Dividends** | **Unknown** | | |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 37 of 56

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| | Interest Income | Unknown | | |
| For last calendar year: (January 1 to December 31, 2023 ) | Child support from former spouse | $60,000.00 | | |
| | Capital Gains | Unknown | | |
| | Dividends | $1,145,000.00 | | |
| | Interest income | $84,000.00 | | |
| For the calendar year before that: (January 1 to December 31, 2022 ) | Child support from former spouse | $60,000.00 | | |
| | Capital Gains | $9,496,623.00 | | |
| | Dividends | $572,285.00 | | |
| | Interest Income | $85,024.00 | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

     ☐ No.   Go to line 7.

     ■ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
     * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ No.   Go to line 7.

     ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Choi & Ito** 700 Bishop Street, Suite 1107 Honolulu, HI 96813 | **7/8/2024** | **$50,000.00** | **$0.00** | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other__Retainer__ |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed 08/12/24   Page 38 of 56

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Department of Taxation State of Hawaii Attn: Bankruptcy Unit P.O. Box 259 Honolulu, HI 96809-0259** | 4/24/2024 | $160,000.00 | Unknown | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Taxes** |
| **Ken Garff** | 6/28/2024 | $29,364.90 | $0.00 | ☐ Mortgage ■ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other___ |
| **Land Title Guarantee** | 7/9/2024: $1,700,000.00 6/18/2024: $100,000.00 | $1,800,000.00 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Deposit into escrow for purchase of House in Durango, CO.** |
| **Perrault & Alvarez 1001 Bishop Street, Suite 2870 Honolulu, HI 96813** | 7/12/2024 | $20,000.00 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Retainer** |
| **SPS Court Reporting** | 5/23/2024 | $9,438.00 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Transcription bill** |
| **Urban Market Interiors 115 W. 9th Street Durango, CO 81301** | 7/11/2024 | $91,411.60 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **Deposit for Furniture for Durango, CO home** |
| **Internal Revenue Service Ogden, UT 84201** | 4/25/2024 | $475,000.00 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other **2023 Taxes** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Waas Campbell Rivera Johnson & Velasquez**<br>**1350 Seventeent Street, Suite 450**<br>**Denver, CO 80202** | **4/22/2024:**<br>**$67,657.20**<br>**6/4/2024:**<br>**$85,829.42**<br>**7/1/2024:**<br>**$60,530.74**<br>**7/8/2024:**<br>**$27,867.00** | **$241,884.36** | **$64,576.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Attorneys Fees** |
| **Wells Fargo Bank NA**<br>**Attn: Bankruptcy**<br>**1 Home Campus Mac X2303-01a**<br>**3rd Floor**<br>**Des Moines, IA 50328** | **5/2/2024**<br>**$31,934.19**<br>**6/3/2024**<br>**$47,291.27**<br>**7/2/2024**<br>**$42,171.60** | **$121,397.06** | **$44,700.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Christine Herron**<br>**c/o Brianne L. O. Wong Leong, Esq.**<br>**24 N. Church Street, Suite 407**<br>**Wailuku, HI 96793** | **6/3/2024** | **$20,000.00** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Interim order by Hawaii Family Court** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 40 of 56

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Kenneth Wayne Hamp v. Steve Herron  v. Cynthia Hayek 2020CV030070** | **Tort (IIED); Abuse of Process; Conspiracy; Malicious Prosecution; Tort (NIED)** | **DISTRICT COURT, ROUTT COUNTY, COLORADO 1955 Shield Drive, Unit 200 Steamboat Springs, CO 80487** | ☐ Pending ☑ On appeal ☐ Concluded |
| **Kenneth Wayne Hamp v. Steve Herron  v. Cynthia Hayek 2024 CA 1224** | **Appeal from 20 CV 30070** | **Ct of Appeals, State of Colorado 2 East 14th Avenue Denver, CO 80203** | ☑ Pending ☐ On appeal ☐ Concluded |
| **Steven Karl Herron v. Christine Herron 2FDV-23-0000376** | **Divorce** | **Family Ct, 2nd Circuit, State of Hawaii 2145 Main Street, Suite 106 Wailuku, HI 96793-1679** | ☑ Pending ☐ On appeal ☐ Concluded |
| **Steven Karl Herron v. Cynthia Hayek 15DR30007** | **Domestic Relations  - Custody, visitation, re-location to Colorado and related issues** | **District Court, Routt County, Colorado 1955 Shield Drive, Unit 200 Steamboat Springs, CO 80487** | ☑ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 41 of 56

| Gifts with a total value of more than $600 per person<br><br>**Person to Whom You Gave the Gift and Address:** | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Herron (minor son #1)**<br><br>Person's relationship to you: **Debtor's son** | **Christmas and birthday presents** | **2023; 2024** | **$1,600.00** |
| **Herron (minor son #2)**<br><br>Person's relationship to you: **Debtor's son** | **Christmas and birthday presents** | **2023; 2024** | **$1,600.00** |
| **Herron (minor daughter #1)**<br><br>Person's relationship to you: **Debtor's daughter** | **Christmas and birthday presents** | **2023; 2024** | **$1,600.00** |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address (Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Maui Preparatory Academy**<br>**4910 HI-30**<br>**Lahaina, HI 96761** | **Paid to rekey the school for safety** | **05/1/2022** | **$34,000.00** |
| **Maui Preparatory Academy**<br>**4910 HI-30**<br>**Lahaina, HI 96761** | **Jonah Steven Herron Scholarship** | **1/2022** | **$100,000.00** |

**Part 6:   List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:   List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 42 of 56

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Choi & Ito**<br>**700 Bishop Street, Suite 1107**<br>**Honolulu, HI 96813**<br>**cchoi@hibklaw.com** | **Attorney Fees** | **7/8/2024** | **$50,000.00** |
| **Abacus Credit Counseling**<br>**15760 Ventura Blvd # 700**<br>**Encino, CA 91436** | **Credit counseling course** | **7/6/2024** | **$25.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Natural Path Botanicals LLC**<br>**401 Capital Street**<br>**Hayden, CO 81639**<br><br>**Debtor is CEO** | **$1,010,668.88 [See attached Schedule A]** | **Loans to Natural Path Botanicals** | **2022-2024 [See attached Schedule A]** |
| **Otis LLC**<br>**P.O. Box**<br>**1548**<br>**Hayden, CO 81639**<br><br>**Debtor is CEO** | **$3,366,442.34 [See attached Schedule B]** | **Loan to Otis LLC** | **2022-2024 [See attached Schedule B]** |
| **Christine Herron**<br>**c/o Brianne L. O. Wong Leong, Esq.**<br>**24 N. Church Street, Suite 407**<br>**Wailuku, HI 96793**<br><br>**Wife (separated)** | **$148,000.00**<br>**8/2023: $130,000.00**<br>**5/2024: $6,000.00**<br>**6/3/2024: $6,000.00**<br>**7/1/2024: $6,0000.00** | | **8/2023; 5/2024; 6/2024; 7/2024** |
| **Christine Herron**<br>**c/o Brianne L. O. Wong Leong, Esq.**<br>**24 N. Church Street, Suite 407**<br>**Wailuku, HI 96793**<br><br>**Wife (separated)** | **Steven K. Herron Revocable Trust transferred 60% ownership interest in Alvin Texas LLC to Christine Herron** | | **7/2023** |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 43 of 56

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Perrault & Alvarez**<br>**1001 Bishop Street, Suite 2870**<br>**Honolulu, HI 96813** | **$97,000.00** | **Client trust account** | **7/11/2024** |
| **Brianne L. O. Wong Leong, Esq.**<br>**24 N. Church Street, Suite 407**<br>**Wailuku, HI 96793** | **$20,000.00 [per interim court order for Christine Herron's attorneys fees]** | | **6/2024** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No<br>
■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **Steven K. Herron Revocable Trust dtd 9/11/2013** | **94 Keoawa Place, Lahaina, HI 96761 [$5,000,000.00 purchase price, titled in Trust]** | **8/2021** |
| **Steven K. Herron Revocable Trust dtd 9/11/2013** | **1610 Little Raven, # 401, Denver, CO 80202 [Property was sold in 2022]** | **2016** |
| **Steven K. Herron Revocable Trust dtd 9/11/2013** | **1580 E. Spruce Street [Sold in 2022]** | **2016** |

**Part 8:**   **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No<br>
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No<br>
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No<br>
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 44 of 56

| Part 9: | **Identify Property You Hold or Control for Someone Else** |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | **Where is the property?**<br>(Number, Street, City, State and ZIP Code) | **Describe the property** | **Value** |
|---|---|---|---|
| | | | |

| Part 10: | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | **Court or agency**<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | **Nature of the case** | **Status of the case** |
|---|---|---|---|
| | | | |

| Part 11: | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

   ■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

   ☐ **A partner in a partnership**

   ■ **An officer, director, or managing executive of a corporation**

   ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐    **No. None of the above applies.  Go to Part 12.**

☑    **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Natural Path Botanicals LLC**<br>**401 Capital Street**<br>**Hayden, CO 81639** | **CBD processing lab**<br>**[Debtor serves as CEO; Debtor's**<br>**has an indirect ownership**<br>**interest]**<br><br>**Tina Bradley** | EIN:<br><br>From-To |
| **Otis LLC**<br>**401 Capital Street**<br>**Hayden, CO 81639** | **Dog treats**<br>**[Debtor serves as CEO; Debtor's**<br>**has an indirect ownership**<br>**interest]**<br><br>**Tina Bradley** | EIN:<br><br>From-To |
| **Vista**<br>**6050 Southwest Blvd, Suite 300**<br>**Fort Worth, TX 76109** | **Mineral processing company**<br>**[Debtor is Executive Chairman;**<br>**Debtor has no ownership interest]** | EIN:<br><br>From-To |
| **Alvin Texas LLC**<br>**PO Box 770368**<br>**Steamboat Springs, CO 80487** | **Real estate holding**<br><br>**Mike McCannon** | EIN:<br><br>From-To |
| **Octane Mineral Holdings LLC**<br>**P.O. Box 770368**<br>**Steamboat Springs, CO 80487** | **Holding company** | EIN:<br><br>From-To   10/31/2018 |
| **Backset Capital LLC**<br>**94 Keoawa Place**<br>**Lahaina, HI 96761** | **Administrative**<br>**[Defunct entity]** | EIN:      n/a<br><br>From-To   3/2018 - present |
| **Hayden Morgan LLC**<br>**94 Keoawa Place**<br>**Lahaina, HI 96761** | **Holding Company** | EIN:<br><br>From-To   3/29/2016 - present |
| **Peru Holdings LLC**<br>**7426 Huntz Drive**<br>**Cheyenne, WY 82009** | **Real estate holding company** | EIN:<br><br>From-To   4/10/2012 |
| **Morgan Creek LLC**<br>**94 Keoawa Place**<br>**Lahaina, HI 96761** | **Holding company**<br>**[Debtor is a manager]** | EIN:      81-1870524<br><br>From-To   2/11/2016 to present |
| **SHTS Investments I LLC**<br>**94 Keoawa Place**<br>**Lahaina, HI 96761** | **Holding company** | EIN:<br><br>From-To   11/17/2014 to present |
| **Heavenly Daze LLC** | **Defunct entity**<br>**[Debtor formerly held a**<br>**managerial position]** | EIN:<br><br>From-To |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 46 of 56

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Sector 7G LLC** | **[Debtor formerly held a managerial position; last active in 2020]** | EIN:<br><br>From-To |

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ **No**
    ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Steven Karl Herron**
_____            _____
**Steven Karl Herron**                                                     **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **August 12, 2024**                                              Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 47 of 56

# Natural Path Botanicals LLC

## Transaction Report

### July 15, 2022 - July 14, 2024

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|------|
| **Loan Payable Steve** | | | | | | | | |
| Beginning Balance | | | | | | | | 3,896,666.67 |
| 08/04/2022 | Deposit | | Steve Herron | Wire Deposit ALVIN TEXAS LLC Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 148,000.00 | 4,044,666.67 |
| 09/06/2022 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 67,000.00 | 4,111,666.67 |
| 11/07/2022 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 13,000.00 | 4,124,666.67 |
| 12/02/2022 | Deposit | | | | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 97,000.00 | 4,221,666.67 |
| 01/03/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 60,147.88 | 4,281,814.55 |
| 01/30/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 62,000.00 | 4,343,814.55 |
| 02/15/2023 | Deposit | | | | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 32,000.00 | 4,375,814.55 |
| 03/02/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 41,000.00 | 4,416,814.55 |
| 03/31/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 39,000.00 | 4,455,814.55 |
| 05/01/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 62,000.00 | 4,517,814.55 |
| 05/31/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 85,000.00 | 4,602,814.55 |
| 07/03/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 70,000.00 | 4,672,814.55 |
| 08/03/2023 | Deposit | | Steve Herron | | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 70,567.00 | 4,743,381.55 |
| 09/01/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 41,000.00 | 4,784,381.55 |
| 10/02/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 14,000.00 | 4,798,381.55 |
| 12/01/2023 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 6,300.00 | 4,804,681.55 |
| 01/03/2024 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 7,000.00 | 4,811,681.55 |
| 02/02/2024 | Deposit | | Steve Herron | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 5,254.00 | 4,816,935.55 |
| 03/06/2024 | Deposit | | | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 34,000.00 | 4,850,935.55 |
| 05/03/2024 | Deposit | | | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 2,300.00 | 4,853,235.55 |
| 06/17/2024 | Deposit | | | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 33,600.00 | 4,886,835.55 |
| 07/05/2024 | Deposit | | | Wire Deposit STEVEN HERRON Wires | 2600 Loan Payable Steve | 1000 Yampa Valley Bank | 20,500.00 | 4,907,335.55 |
| **Total for Loan Payable Steve** | | | | | | | **$1,010,668.88** | |
| **TOTAL** | | | | | | | **$1,010,668.88** | |

12:04 PM

08/09/24

Accrual Basis

# Otis LLC
## Transactions by Account
### As of July 14, 2024

| Type | Date | Num | Na... | Memo | Class | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-------|------|-------|-----|-------|-------|--------|---------|
| **Loan from Steve Herron** | | | | | | | | | | 0.00 |
| Transfer | 11/07/2022 | | | Funds Transfer | | | Yampa Valle... | | 181,000.00 | 181,000.00 |
| Transfer | 12/02/2022 | | | Funds Transfer | | | Yampa Valle... | | 156,000.00 | 337,000.00 |
| Check | 12/02/2022 | 18 | | | | | Yampa Valle... | 97,000.00 | | 240,000.00 |
| Transfer | 01/03/2023 | | | Funds Transfer | | | Yampa Valle... | | 67,099.34 | 307,099.34 |
| Transfer | 01/30/2023 | | | Funds Transfer | | | Yampa Valle... | | 81,000.00 | 388,099.34 |
| Transfer | 02/14/2023 | | | Funds Transfer | | | Yampa Valle... | | 42,000.00 | 430,099.34 |
| Transfer | 02/15/2023 | | | Funds Transfer | | | Yampa Valle... | 32,000.00 | | 398,099.34 |
| Transfer | 03/02/2023 | | | Funds Transfer | | | Yampa Valle... | | 45,000.00 | 443,099.34 |
| Transfer | 03/31/2023 | | | Funds Transfer | | | Yampa Valle... | | 50,000.00 | 493,099.34 |
| Transfer | 05/01/2023 | | | Funds Transfer | | | Yampa Valle... | | 137,000.00 | 630,099.34 |
| Transfer | 05/12/2023 | | | Funds Transfer | | | Yampa Valle... | 1,545.00 | | 628,554.34 |
| Transfer | 05/31/2023 | | | Funds Transfer | | | Yampa Valle... | | 67,000.00 | 695,554.34 |
| Transfer | 06/01/2023 | | | Funds Transfer | | | Yampa Valle... | 300.00 | | 695,254.34 |
| Transfer | 07/03/2023 | | | Funds Transfer | | | Yampa Valle... | | 76,000.00 | 771,254.34 |
| Transfer | 07/03/2023 | | | | | | Yampa Valle... | 12,000.00 | | 759,254.34 |
| Transfer | 08/03/2023 | | | Funds Transfer | | | Yampa Valle... | | 99,035.00 | 858,289.34 |
| Transfer | 09/01/2023 | | | Funds Transfer | | | Yampa Valle... | | 50,000.00 | 908,289.34 |
| Transfer | 10/02/2023 | | | Funds Transfer | | | Yampa Valle... | | 71,000.00 | 979,289.34 |
| Transfer | 11/03/2023 | | | Funds Transfer | | | Yampa Valle... | | 112,000.00 | 1,091,289.34 |
| Transfer | 12/01/2023 | | | Funds Transfer | | | Yampa Valle... | | 120,000.00 | 1,211,289.34 |
| Transfer | 01/05/2024 | | | Funds Transfer | | | Yampa Valle... | | 101,000.00 | 1,312,289.34 |
| Transfer | 02/06/2024 | | | Funds Transfer | | | Yampa Valle... | | 100,000.00 | 1,412,289.34 |
| Transfer | 02/14/2024 | | | Funds Transfer | | | Yampa Valle... | | 132,108.00 | 1,544,397.34 |
| Transfer | 03/06/2024 | | | Funds Transfer | | | Yampa Valle... | | 157,300.00 | 1,701,697.34 |
| Transfer | 04/02/2024 | | | Funds Transfer | | | Yampa Valle... | | 177,000.00 | 1,878,697.34 |
| Transfer | 05/02/2024 | | | Funds Transfer | | | Yampa Valle... | | 164,000.00 | 2,042,697.34 |
| Transfer | 06/17/2024 | | | Funds Transfer | | | Yampa Valle... | | 369,900.00 | 2,412,597.34 |
| Transfer | 07/05/2024 | | | Funds Transfer | | | Yampa Valle... | | 211,000.00 | 2,623,597.34 |
| Transfer | 07/10/2024 | | | Funds Transfer | | | Yampa Valle... | | 600,000.00 | 3,223,597.34 |
| Total Loan from Steve Herron | | | | | | | | 142,845.00 | 3,366,442.34 | 3,223,597.34 |
| **TOTAL** | | | | | | | | **142,845.00** | **3,366,442.34** | **3,223,597.34** |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed  08/12/24   Page 49 of 56

Fill in this information to identify your case:

Debtor 1    **Steven Karl Herron**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Hawaii

Case number   **24-00634**
(if known)

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income                    12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 16,971.67 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 5,000.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 29   Filed 08/12/24   Page 50 of 56

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $    13,967.50 | $ |
| 8. | **Unemployment compensation** | $    0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $    0.00 |
|---|---|
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

     $    0.00      $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

|  | Column A | Column B |
|---|---|---|
|  | $ | $ |
|  | $    0.00 | $ |
| Total amounts from separate pages, if any.    + | $    0.00 | $ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

$    35,939.17    + $ _____    = $    35,939.17

U.S. Bankruptcy Court - Hawaii    #24-00634    Dkt # 29    Filed 08/12/24    Page 51 of 56

| **Part 2:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  **/s/ Steven Karl Herron**

**Steven Karl Herron**
Signature of Debtor 1

Date  **August 12, 2024**
MM / DD / YYYY

In re   **Steven Karl Herron**                                  Case No.   **24-00634**

                                         Debtor(s)             Chapter     **11**

# VERIFICATION OF <u>AMENDED</u> CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached amended list of creditors is true and correct to the best of his/her knowledge.

Date:   8/12/2024                         /s/ Steven Karl Herron

                                            **Steven Karl Herron**
                                            Signature of Debtor

Aloha House, Inc.
1787 Wili Pa Loop Ste 7
Wailuku, HI 96793-1271

Christine Herron
c/o Brianne L. O. Wong Leong, Esq.
24 N. Church Street, Suite 407
Wailuku, HI 96793

Christopher R. Decker, Esq.
Decker & Jones
2025 York Street
Denver, CO 80205

Clinical Labs of Hawaii
P.O. Box 1882
Hilo, HI 96721-1882

CU Medicine
P.O. Box 111719
Aurora, CO 80042-1719

Cynthia Hayek
c/o Zachary D. Wagner, Esq.
1001 Seventeenth Street, Suite 300
Denver, CO 80202

Erin Lowenthal, Esq.
122 Maa Street, Unit B
Kahului, HI 96732

Hawaii Gas
P.O. Box 29850
Honolulu, HI 96820-2250

Hawaii Pacific Health
P.O. Box 30670
Honolulu, HI 96820-0670

Hawaii Pacific Health
Mail Code 61147
P.O. Box 61147
Honolulu, HI 96820-0670

Hawaii Water Service
P.O. Box 384809
Waikoloa, HI 96738

Internal Revenue Service
Ogden, UT 84201

Janet B. Martin, Esq.
Lasater & Martin PC
5251 DTC Parkway, Suite 800
Englewood, CO 80111

Jeffrey M. Lippa, Esq.
Williams, Weese, Pepple & Ferguson, PC
1801 California Street, Suite 3400
Denver, CO 80202

Jeffrey M. Villanueva
700 N. Colorado Boulevard, #347
Denver, CO 80206

Kenneth Wayne Hamp
c/o James R. Prochnow, Esq.
1144 15th Street, Suite 3300
Denver, CO 80202

Maui Diagnostic Imaging LLC
Mail Code 61059
P.O. Box 1300
Honolulu, HI 96807-1300

Maui Electric Company
P.O. Box 310040
Honolulu, HI 96820

McCannon Tyler & Associates
501 Cherry Street, Suite 570
Denver, CO 80246

Michael R. McCurdy, Esq.
Fairfield and Woods, PC
1801 California Street, Suite 2600
Denver, CO 80202

Olson Grimsley
700 17th Street, Suite 1600
Denver, CO 80202

Perrault & Alvarez
1001 Bishop Street, Suite 2870
Honolulu, HI 96813

Plantation Estates Lot Owner's Assoc.
c/o Soleil Management Hawaii
10 Ho'ohui Rd, Ste 302
Lahaina, HI 96761

Spectrum
2 Digital Place
Simpsonville, SC 29681

```
State of Hawaii Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96813

Valley Isle Pool
2895A Koea Place
Makawao, HI 96768

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Waas Campbell Rivera Johnson & Velasquez
1350 Seventeent Street, Suite 450
Denver, CO 80202

Waste Pro Hawaii
PO Box 1022
Puunene, HI 96784

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328

West Maui Lawn & Landscape
P.O. Box 11793
Lahaina, HI 96761

Zachary D. Wagner, Esq.
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
```