CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com
aito@hibklaw.com

Attorneys for Debtor and
Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re<br><br>Steven Karl Herron,<br><br>      Debtor and Debtor-in-Possession. | Case No. 24-00634<br>(Chapter 11) |
|---|---|

SUBMISSION OF AMENDED SCHEDULE E/F

Debtor and debtor-in-possession STEVEN KARL HERRON ("Debtor") hereby submits the attached Amended Schedule E/F.  Schedule F has been amended to amend the claim amount for the following creditors:

| Creditor Name | Consideration for Claim | Amount of Claim |
|---|---|---|
| Valley Isle Pool<br>2895A Koea Place<br>Makawao, HI 96768 | Services Rendered | $171.20<br>(liquidated, not contingent, not disputed) |

| West Maui Lawn & Landscape P.O. Box 11793 Lahaina, HI 96761 | Landscaping Services | $2,513.09 (liquidated, not contingent, not disputed) |
|---|---|---|

DATED: Honolulu, Hawaii, November 4, 2024.

/s/ Allison A. Ito
CHUCK C. CHOI
ALLISON A. ITO
Attorneys for Debtor and
Debtor-in-Possession

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Steven Karl Herron** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF HAWAII |
| Case number (if known) | 24-00634 |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** Priority Creditor's Name | Last 4 digits of account number ____ | **Unknown** | **Unknown** | **Unknown** |
| | **Ogden, UT 84201** Number Street City State Zip Code | When was the debt incurred? _____ | | | |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2023 Taxes**

**Is the claim subject to offset?**
■ No
☐ Yes

| | | |
|---|---|---|
| 2.2 | **State of Hawaii Department of Taxation** | Last 4 digits of account number _____ **Unknown** **Unknown** **Unknown** |

Priority Creditor's Name
**Attn: Bankruptcy Unit**
**P.O. Box 259**
**Honolulu, HI 96813**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
■ Debtor 1 only
☐ Unliquidated
☐ Debtor 2 only
☐ Disputed
☐ Debtor 1 and Debtor 2 only
**Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another
☐ Domestic support obligations
☐ Check if this claim is for a community debt
■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
☐ Claims for death or personal injury while you were intoxicated
■ No
☐ Other. Specify _____
☐ Yes
**2023 Taxes**

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Aloha House, Inc.** | Last 4 digits of account number _____ | **$91.80** |
|---|---|---|---|

Nonpriority Creditor's Name
**1787 Wili Pa Loop Ste 7**
**Wailuku, HI 96793-1271**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
**Medical Bill for Debtor's Children**
**Account No. XXXX003 - $73.44**
**Account No. XXXX002 - $18.36**

☐ Yes

| 4.2 | **Christine Herron** | Last 4 digits of account number | $700,000.00 |

**Nonpriority Creditor's Name**
c/o Brianne L. O. Wong Leong, Esq.
24 N. Church Street, Suite 407
Wailuku, HI 96793
Number Street City State Zip Code

**When was the debt incurred?**  **July 1, 2024**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Pending Divorce (prenuptial agreement)**

---

| 4.3 | **Clinical Labs of Hawaii** | Last 4 digits of account number  **5030** | $22.57 |

**Nonpriority Creditor's Name**
P.O. Box 1882
Hilo, HI 96721-1882
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Bill for Debtor's Child**

---

| 4.4 | **CU Medicine** | Last 4 digits of account number  **7411** | $19.99 |

**Nonpriority Creditor's Name**
P.O. Box 111719
Aurora, CO 80042-1719
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Bill for Debtor's Child**

| 4.5 | **Cynthia Hayek** | Last 4 digits of account number | $6,327,530.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Zachary D. Wagner, Esq.**
**1001 Seventeenth Street, Suite 300**
**Denver, CO 80202**
Number Street City State Zip Code

When was the debt incurred?  **July 1, 2024**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment in Case No. 2020CV30070, District Court, County of Routt, Colorado [Economic Dmg: $1,100,000.00; Non-Economic Dmg: $1,227,530.00; Punitive Dmg: 3x actual damages after addition of interest & costs; Exemplary Dmg: $4,000,000.00]**

| 4.6 | **Erin Lowenthal, Esq.** | Last 4 digits of account number | $1,324.61 |
|---|---|---|---|

Nonpriority Creditor's Name
**122 Maa Street, Unit B**
**Kahului, HI 96732**
Number Street City State Zip Code

When was the debt incurred?  **2024**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Attorneys fees in Hawaii divorce proceeding incurred by Debtor [Case No. 2FDV-23-0000376 pending in the Family Court of the Second Circuit for the State of Hawaii]**

| 4.7 | **Hawaii Gas** | Last 4 digits of account number | | $13.00 |

**Hawaii Gas**
Nonpriority Creditor's Name
**P.O. Box 29850**
**Honolulu, HI 96820-2250**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $13.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Tank Rental**

---

| 4.8 | **Hawaii Pacific Health** | Last 4 digits of account number **5589** | $242.37 |

**Hawaii Pacific Health**
Nonpriority Creditor's Name
**P.O. Box 30670**
**Honolulu, HI 96820-0670**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill for Debtor's Child**

---

| 4.9 | **Hawaii Pacific Health** | Last 4 digits of account number **8456** | $560.10 |

**Hawaii Pacific Health**
Nonpriority Creditor's Name
**Mail Code 61147**
**P.O. Box 61147**
**Honolulu, HI 96820-0670**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill for Debtor's Child**

### 4.10 Hawaii Water Service
Nonpriority Creditor's Name
**P.O. Box 384809**
**Waikoloa, HI 96738**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **$413.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Water**

---

### 4.11 Jeffrey M. Villanueva
Nonpriority Creditor's Name
**700 N. Colorado Boulevard, #347**
**Denver, CO 80206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Attorneys fees**

| Debtor 1 | Steven Karl Herron | Case number (if known) | 24-00634 |
|---|---|---|---|

| 4.12 | **Kenneth Wayne Hamp** | Last 4 digits of account number | | $11,402,530.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o James R. Prochnow, Esq.**
**1144 15th Street, Suite 3300**
**Denver, CO 80202**
Number Street City State Zip Code

When was the debt incurred? **July 1, 2024**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Judgment in Case No. 2020CV30070, District Court, County of Routt, Colorado [Economic Dmg: $175,000.00; Non-Economic Dmg: $1,227,530.00; Punitive Dmg: 3x actual damages after addition of interest & costs; Exemplary Dmg: 10,000,000.00]**

---

| 4.13 | **Maui Diagnostic Imaging LLC** | Last 4 digits of account number | **4151** | $5.77 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Mail Code 61059**
**P.O. Box 1300**
**Honolulu, HI 96807-1300**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Medical Bill for Debtor's Child**

| Debtor 1 | Steven Karl Herron | | Case number (if known) | 24-00634 |
|---|---|---|---|---|

### 4.14 Maui Electric Company
Nonpriority Creditor's Name
P.O. Box 310040
Honolulu, HI 96820
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **0997**

When was the debt incurred? **6/19-7/14**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Utilities**

**$51.03**

---

### 4.15 McCannon Tyler & Associates
Nonpriority Creditor's Name
501 Cherry Street, Suite 570
Denver, CO 80246
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Services Rendered**

**$0.00**

---

### 4.16 Olson Grimsley
Nonpriority Creditor's Name
700 17th Street, Suite 1600
Denver, CO 80202
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Attorneys Fees [Incurred by C. Herron in Case No. 2020CV30070, District Court, County of Routt, Colorado]**

**$44,233.82**

---

U.S. Bankruptcy Court - Hawaii  #24-00634  Dkt # 59  Filed 11/04/24  Page 10 of 15

| | | | |
|---|---|---|---|
| Debtor 1 | Steven Karl Herron | Case number (if known) | 24-00634 |

| 4.17 | **Perrault & Alvarez** | Last 4 digits of account number | $0.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **1001 Bishop Street, Suite 2870** | When was the debt incurred? | |
| | **Honolulu, HI 96813** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ■ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  **Attorneys Fees** | |

| 4.18 | **Plantation Estates Lot Owner's Assoc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **c/o Soleil Management Hawaii** | When was the debt incurred? | |
| | **10 Ho'ohui Rd, Ste 302** | | |
| | **Lahaina, HI 96761** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ■ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  **AOAO Fees** | |

| 4.19 | **Spectrum** | Last 4 digits of account number | $125.00 |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |
| | **2 Digital Place** | When was the debt incurred? | |
| | **Simpsonville, SC 29681** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | **Who incurred the debt?** Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ■ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| | ☐ **Check if this claim is for a community debt** | ☐ Student loans | |
| | **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  **Utilities** | |

| Debtor 1 | **Steven Karl Herron** | Case number (if known) | **24-00634** |
|---|---|---|---|

| 4.20 | **Valley Isle Pool** | Last 4 digits of account number | $171.20 |
|---|---|---|---|

Nonpriority Creditor's Name
**2895A Koea Place**
**Makawao, HI 96768**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Services Rendered**

| 4.21 | **Verizon Wireless** | Last 4 digits of account number | $330.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 660108**
**Dallas, TX 75266-0108**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Cell phone**

| 4.22 | **Waas Campbell Rivera Johnson & Velasquez** | Last 4 digits of account number | $64,576.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1350 Seventeent Street, Suite 450**
**Denver, CO 80202**
Number Street City State Zip Code

**When was the debt incurred?**  **2024**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Attorneys Fees [Incurred by Debtor in Case No. 2020CV30070, District Court, County of Routt, Colorado]**

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 10 of 12

U.S. Bankruptcy Court - Hawaii   #24-00634   Dkt # 59   Filed  11/04/24   Page 12 of 15

| Debtor 1 | Steven Karl Herron | Case number (if known) | 24-00634 |
|---|---|---|---|

### 4.23 Waste Pro Hawaii
**Nonpriority Creditor's Name**
PO Box 1022
Puunene, HI 96784
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Trash services**

**$153.00**

---

### 4.24 Wells Fargo Bank NA
**Nonpriority Creditor's Name**
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 1980

**When was the debt incurred?** Opened 01/14 Last Active 6/02/24

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

**$44,700.00**

---

### 4.25 West Maui Lawn & Landscape
**Nonpriority Creditor's Name**
P.O. Box 11793
Lahaina, HI 96761
*Number Street City State Zip Code*

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Landscape services**

**$2,513.09**

---

### Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

| Debtor 1 | Steven Karl Herron | Case number (if known) | 24-00634 |
|---|---|---|---|

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Christopher R. Decker, Esq.**<br>**Decker & Jones**<br>**2025 York Street**<br>**Denver, CO 80205** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Janet B. Martin, Esq.**<br>**Lasater & Martin PC**<br>**5251 DTC Parkway, Suite 800**<br>**Englewood, CO 80111** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Jeffrey M. Lippa, Esq.**<br>**Williams, Weese, Pepple & Ferguson, PC**<br>**1801 California Street, Suite 3400**<br>**Denver, CO 80202** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Michael R. McCurdy, Esq.**<br>**Fairfield and Woods, PC**<br>**1801 California Street, Suite 2600**<br>**Denver, CO 80202** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Zachary D. Wagner, Esq.**<br>**Hall & Evans, LLC**<br>**1001 Seventeenth Street, Suite 300**<br>**Denver, CO 80202** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 18,589,606.65 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 18,589,606.65 |

Fill in this information to identify your case:

Debtor 1  **Steven Karl Herron**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court -    DISTRICT OF HAWAII

Case number   **24-00634**

Local Form H1009-1 (12/23)
## Cover Sheet for Amendments

**Part 1: Amendments** (attach amended documents to this cover sheet)

*Check all of the following that are being amended.*

Schedules: ☐ A/B ☐ C ☐ G ☐ H ☐ I ☐ J

☐ Statement of Financial Affairs

☐ Chapter 7 Statement of Intention

☐ Chapter 7 Statement of Current Monthly Income (122A-1)

☐ Chapter 7 Means Test Calculation (122A-2)

☐ Chapter 13 Statement of Current Monthly Income (122C-1) and Calculation of Disposable Income (122C-2)

☐ Other:

**Amendments requiring $34 filing fee**
Schedules ☐ D ☑ E/F
☐ Creditor List - *no fee required for amended list if:*
- *only updating an address or*
- *only adding a creditor's attorney*

**Part 2: Declaration**

Under penalty of perjury, the undersigned declares that I have read the documents filed with this declaration and that they are true and correct. *[If filing electronically through ECF, a **Declaration re: Electronic Filing** with original signatures must be filed not later than 7 days after filing the amendments.]*

/s/ Steven Karl Herron                                              /s/
**Steven Karl Herron**                                               Debtor 2
Debtor 1
Dated:   11/4/2024                                                  Dated:

**Part 3: Certificate of Service** (attach a list of names and addresses where notice was sent)

The undersigned certifies:

☐ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: