Date Signed:
October 10, 2025



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>Steven Karl Herron,<br><br>    Debtor and<br>    Debtor-in-Possession | Bk No. 24-00634<br>(Chapter 11)<br><br><u>Non-Hearing</u><br>Judge: Hon. Robert J. Faris |

### SECOND STIPULATED ORDER EXTENDING DEADLINE

This Second Stipulated Order Extending Deadline ("Order"), is made by and among Steven Karl Herron, the debtor and debtor-in-possession herein (the "Debtor") and Cynthia Hayek and Kenneth Hamp (together, the "Hayek Parties") with reference to the following:

WHEREAS on July 15, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Hawaii (the "Bankruptcy Court").

88890

WHEREAS the Bankruptcy Court set October 18, 2024, as the deadline (the "Deadline") for the filing of a complaint objecting to the Debtor's discharge under Bankruptcy Code Section 1141(d)(3) or to challenge the dischargeability of certain of the Debtor's debts under Bankruptcy Code Section 523(a).

WHEREAS on October 10, 2024, the Bankruptcy Court approved the parties' *Stipulated Order Extending Deadline* whereby the Deadline was extended to October 18, 2025, for the Hayek Parties.

WHEREAS the Hayek Parties and the Debtor agree that litigation over a further extension of the Deadline is unnecessary at this time.

Based on the foregoing, and subject to Bankruptcy Court approval, the Debtor and the Hayek Parties agree to extend the Deadline on the terms set forth below.

IT IS HEREBY ORDERED THAT:

1. The Deadline for the Hayek Parties to file a complaint objecting to the Debtor's discharge under Bankruptcy Code Section 1141(d)(3) or to challenge the dischargeability of certain of the Debtor's debts under Bankruptcy Code Section 523(a) is hereby extended to and including October 16, 2026.

2. This Order will remain effective despite the conversion of the case to one under another chapter.

**END OF ORDER**

Stipulated and agreed as to the above:


/s/ Chuck C. Choi
CHUCK C. CHOI, ESQ.
ALLISON A. ITO, ESQ.
Attorneys for Debtor and Debtor-in-Possession


/s/ Johnathan C. Bolton
HOWARD J. STEINBERG, ESQ.
JOHNATHAN C. BOLTON, ESQ.
Attorneys for Cynthia Hayek and Kenneth Hamp


Submitted by:
CHOI & ITO
CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
cchoi@hibklaw.com
aito@hibklaw.com

Attorneys for STEVEN KARL HERRON
Debtor and Debtor-in-Possession