Jeffrey M. Villanueva, P.C.
Jeffrey M. Villanueva
700 N. Colorado Boulevard, #347
Denver, Colorado 80206
303-295-7525
jeff@jmvpclaw.com

Special Colorado Domestic Relations Law
Counsel to Steven Karl Herron

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | Case No. 24-00634 (Chapter 11) |
|---|---|
| STEVEN KARL HERRON, | [Relates to Dkt. # 196] |
| Debtor and Debtor-in-Possession. | |

SUPPLEMENTAL DECLARATION OF JEFFREY M. VILLANUEVA

JEFFREY M. VILLANUEVA declares, under penalty of perjury, that:

1. I am the owner of Jeffrey M. Villanueva, P.C. (the "Applicant").

2. I am familiar with the matters set forth herein and make this *supplemental* declaration in support of Applicant's Second Interim Fee Application (the "Application").

3. I have practiced law in Colorado for 45 years.

4. I am a past chairperson of the Colorado Bar Association Ethics committee and have been a member of that committee for 25 years.

5. I am a past president of the Colorado Chapter of the American Board of Trial advocates.

6. I have been authorized by this Court to represent the Debtor, M. Herron, in his domestic relations case. The only issue pending in that case is parenting time. Every entry that I have made on my time sheets relates to parenting time. I do not want to be more descriptive of my time charges in order to protect the confidentiality of my work product.

7. I have been preparing invoices for 45 + years in this same fashion and have had my billings such as this approved by state and federal courts many times without objection.

8. All of the charges shown on my bills relate to Mr. Herron's parenting time issues and accurately reflect the time spent.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Denver, Colorado, October 14, 2025

                                               */s/ Jeffrey M. Villanueva*
                                               JEFFREY M. VILLANUEVA