CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii  96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com

Attorneys for Debtor and
Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| In re | Case No. 24-00634 <br> (Chapter 11) <br> (Subchapter V Small Business) |
|---|---|
| STEVEN KARL HERRON, | |
| Debtor and Debtor-in-possession. | **Hearing:** <br> Date:   January 12, 2026 <br> Time:   2:00 p.m. <br> Judge:  Hon. Robert J. Faris <br><br> [Related to dkt. #247] |

### ERRATA TO MOTION FOR ORDER (I) APPROVING SETTLEMENT AGREEMENT; (II) DISMISSING CHAPTER 11 CASE

STEVEN KARL HERRON, the debtor and debtor in possession herein, by and through his undersigned counsel, hereby submits the following Errata to his Motion for Order (I) Approving Settlement Agreement; and (II) Dismissing Chapter 11 Case (the "Motion"), filed as dkt # 247.

90750

The first paragraph of the Motion incorrectly identifies CHRISTINE HAYEK as a party to the Settlement agreement. This name should be replaced with CYNTHIA HAYEK. This Errata is filed to correctly identify the party.

DATED: Honolulu, Hawaii, December 17, 2025.

/s/ Chuck C. Choi
CHUCK C. CHOI
ALLISON A. ITO

Attorneys for Debtor and
Debtor-in-Possession