H9022 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1: **Steven Karl Herron** (Name) | **United States Bankruptcy Court District of Hawaii** |
| Debtor 2 (Spouse, if filing): (Name) | Case number: **24–00634** <br> Chapter: **11** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Granting In Part Debtor's Motion For Order (I) Approving Settlement Agreement; And (II) Dismissing Chapter 11 Case; Exhibit A (Related Doc # 247) Date of Entry: 2/24/2026. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: February 24, 2026

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Angela T. Thompson
Clerk