H2016C (Date) **Date Signed:**
**March 12, 2026**



SO ORDERED.

_____

Robert J. Faris
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

Debtor(s): STEVEN KARL HERRON

Case No.: 24-00634

Chapter: ☐ 7  ☒ 11

Related ECF No.: 270

## ORDER ON APPLICATION FOR COMPENSATION AND REIMBURSEMENT

☒ **INTERIM APPLICATION**      ☐ **FINAL APPLICATION**

☒ Unopposed - Hearing canceled      ☐ Hearing held on: _____

Applicant: Anderson & Baker, LLC

Capacity: Special Colorado Divorce Counsel

Period for this request:  From: 4/1/2025      To: 2/9/2026

Finding the compensation for services rendered and reimbursement of expenses to be reasonable and for any additional reasons stated on the record pursuant to Fed. R. Bankr. P. 7052, the court allows these amounts:

☒ **ALLOWED ON AN INTERIM BASIS**

- Fees: $54,986.00      Expenses: $551.00

☐ **APPROVED ON A FINAL BASIS**

|  | Fees | Expenses |
|---|---|---|
| Total prior amounts allowed on interim basis: | $ | $ |
| Amount of this application: | $ | $ |
| Total award for services in this case: | $ | $ |

Additional provisions:

Applicant shall apply the retainer balance of $19,000.00. The Debtor is directed to pay Applicant all approved, unpaid fees and expenses (i.e., $36,537.00).

## END OF ORDER

*Submitted by:*

The Law Firm of Anderson & Baker, LLC
Deborah Anderson
1099 Main Avenue, Suite 315
Durango, CO 81301
da@anders-bakerco.com