

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>STEVEN KARL HERRON,<br><br>               Debtor. | Case No.: 24-00634<br>Chapter 11<br><br><br>Related: ECF 275 |

## ORDER DENYING MOTION TO RECONSIDER ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CHAPTER 11 CASE

Creditor Christine Copeland moves this court to reconsider the Order

Approving Settlement Agreement and Dismissing Chapter 11 Case.

Ms. Copeland asserts that reconsideration is warranted based on

newly discovered evidence but she submitted no evidence with her

motion. Although the motion states that she would file a declaration

1

"tomorrow or at the earliest time," thirteen days have passed and she has filed neither the declaration nor any other evidentiary support.

IT IS HEREBY ORDERED that Ms. Copeland's motion for reconsideration is DENIED.

**END OF ORDER**

2