H9022 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1 **Steven Karl Herron** <br> Name | **United States Bankruptcy Court** <br> **District of Hawaii** |
| Debtor 2 <br> (Spouse, if filing)    Name | Case number: **24–00634** <br> Chapter: **11** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Denying Motion To Reconsider Order Approving Settlement Agreement and Dismissing Chapter 11 Case (Related Doc # 275) Date of Entry: 3/23/2026. (BA)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date:  March 23, 2026

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Angela T. Thompson
Clerk