BONNER SOGI & ASSOCIATES
A Law Corporation

ADDISON D. BONNER 9163-0
705 S. King Street, Suite 105
Honolulu, Hawai`i 96813
Tel. No. (808) 492-1907
Fax No. (808) 356-1581
Email: adb@bsahawaii.com

Attorney for Creditor
CHRISTINE COPELAND

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| In re<br><br>STEVEN KARL HERRON,<br><br>Debtor, | Case No. 24-00634<br>(Chapter 11)<br><br>**CHRISTINE COPELAND'S MOTION FOR RECONSIDERATION OF ORDER GRANTING, IN PART, CYNTHIA HAYEK'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AND ORDER TO DEBTOR FOR ESTATE FUNDS TO BE DISTRIBUTED TO CHRISTINE COPELAND FILED JUNE 17, 2026; MEMORANDUM IN SUPPORT OF MOTION; EXHIBITS 1-3; DECLARATION OF CHRISTINE COPELAND**<br><br>Judge: Hon. Robert J. Faris |

**CHRISTINE COPELAND'S MOTION FOR RECONSIDERATION OF ORDER GRANTING, IN PART, CYNTHIA HAYEK'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AND ORDER TO DEBTOR FOR ESTATE FUNDS TO BE DISTRIBUTED TO CHRISTINE COPELAND FILED JUNE 17, 2026**

Creditor Christine Copeland ("Copeland"), by and through her undersigned counsel, hereby moves for relief from the Court's Order Granting, In Part, Cynthia Hayek's *Ex Parte* Motion for Issuance of Garnishee Summons and Order to Debtor for Estate Funds to be Distributed to Christine Copeland filed June 17, 2026 ("Order"). This Motion is made pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure, Rule 60(b) of the Federal Rules of Civil Procedure, and Local Bankruptcy Rule 9024.

DATED: Honolulu, Hawaii, July 1, 2026.

/s/ Addison D. Bonner
ADDISON D. BONNER

Attorney for Creditor
CHRISTINE COPELAND