**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| In re<br><br>STEVEN KARL HERRON,<br><br>Debtor. | Case No. 24-00634<br><br>Chapter 11<br><br>**ORDER GRANTING, IN PART, CYNTHIA HAYEK'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AND ORDER TO DEBTOR FOR ESTATE FUNDS TO BE DISTRIBUTED TO CHRISTINE COPELAND**<br><br>Judge: Hon. Robert J. Faris |

**ORDER GRANTING, IN PART, CYNTHIA HAYEK'S EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AND ORDER TO DEBTOR FOR ESTATE FUNDS TO BE DISTRIBUTED TO CHRISTINE COPELAND**

The Court considered *Cynthia Hayek's Ex Parte Motion for Issuance of Garnishee Summons and Order to Debtor for Estate Funds to be Distributed to Christine Copeland* [Dkt. No. 289] (the "Motion"), the *Memorandum in Support of Cynthia Hayek's Ex Parte Motion for Issuance of Garnishee Summons and Order to Debtor for Estate Funds to be Distributed to Christine Copeland* [Dkt. No. 299] ("Memo in Support") and *Christine Copeland's Response and Objection to Cynthia Hayek's Ex Parte Motion for Issuance of Garnishee Summons and Order to Debtor for Estate Funds to be Distributed to Christine Copeland* [Dkt. No. 301] (the "Opposition")

at a hearing before the Honorable Robert J. Faris, United States Bankruptcy Judge for the District of Hawaii on May 18, 2026 at 2:00 p.m. (the "Hearing"). Johnathan C. Bolton appeared for Movant CYNTHIA HAYEK. Lars Peterson appeared for CHRISTINE COPELAND. There were no other appearances.

Upon due consideration of the Motion, the Memo and Support and the Opposition, and the arguments of counsel, for the reasons set forth on the record of the Hearing, the Court ordered that the Motion should be Denied.

However, the Court granted relief from automatic stay of 11 U.S.C. 362(a) in favor of Ms. Hayek to allow her to seek a garnishee summons from the state court naming Mr. Herron as the garnishee and to allow Ms. Hayek to serve Mr. Herron with the summons. ~~of 11 U.S.C. 362(a) is hereby terminated, annulled and lifted, in order to allow Movant CYNTHIA HAYEK to take all steps necessary to sequester, garnish from, execute on, and obtain turnover of, all funds in the hands of the Debtor STEVEN KARL HERRON to be distributed to CHRISTINE COPELAND pursuant to any orders of the Colorado courts relating to CHRISTINE COPELAND's filed Amended Proof of Claim against the Debtor for, inter alia, domestic support obligations (the "Garnishee Funds"), including, but not limited to, obtaining writs, orders or judgments from any state court, with jurisdiction, such as a writ of garnishment, writ of execution, or other writ, order or judgment, that would allow CYNTHIA HAYEK to obtain the funds payable to CHRISTINE COPELAND from the Debtor on account of her Judgment against Copeland from the District Court of Routt County, Colorado in the original amount of $1,458,866.89, plus interest~~. It is further

ORDERED that, any issues regarding the priority of CYNTHIA HAYEK and/or any other persons to the Garnished Funds shall be resolved by the parties or by a Court with jurisdiction over the priority dispute. It is further

ORDERED that, Debtor STEVEN KARL HERRON shall not make any distributions of funds to CHRISTINE COPELAND pending further orders of a state court with jurisdiction over the matter or of this Court; ~~provided, however, that the parties may agree that the Garnishee Funds may be held in a segregated trust account of one of the attorneys in the State of Hawaii pending distribution.~~

**END OF ORDER**

Agreed as to Form:

______________________________
LARS PETERSON

Attorney for Creditor
CHRISTINE COPELAND

Prepared by:

**GREENBERG TRAURIG, LLP**
Howard J. Steinberg (Admitted Pro Hac Vice)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
steinbergh@gtlaw.com

**GOODSILL ANDERSON QUINN & STIFEL**
Johnathan C. Bolton 9650-0
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: 808.547.5854
Facsimile: 808.547.5880
jbolton@goodsill.com

Attorneys for Movant
CYNTHIA HAYEK