| DISTRICT COURT, LA PLATA COUNTY, COLORADO<br><br>1060 E. 2nd Ave Durango, CO 81301<br>970-247-2304 | |
|---|---|
| In re the Marriage of:<br><br>Petitioner: **CHRISTINE COPELAND HERRON**<br><br>and<br><br>Respondent: **STEVEN KARL HERRON** | **COURT USE ONLY** |
| *Attorneys for Petitioner:*<br>John L. Eckelberry, #30021<br>ECKELBERRY LAW FIRM, LLC<br>3773 Cherry Creek Drive North<br>Suite #801 East Tower<br>Denver, CO 80209<br>Phone: (303) 434-1131<br>E-mail: john@eckelberrylaw.com | Case Number: 25DR2088<br><br>Division 5 Courtroom |
| **NOTICE OF ATTORNEY'S LIEN** | |

Notice is hereby given that John L. Eckelberry, of Eckelberry Law Firm, LLC, pursuant to the provisions of C.R.S. §13-93-114, formerly C.R.S. § 12-5-119, claims, and intends to hold liens on all money, property, claims, and demands of the Petitioner, **Christine Copeland Herron**, in this matter which may be due in whole or in part; and as grounds therefore states as follows:

1. John L. Eckelberry, of Eckelberry Law Firm, LLC, was retained on or about January 1, 2025, by the Petitioner to represent her in a limited capacity in this dissolution of marriage action and then on February 4, 2025 in a full representation capacity. A written fee agreement was entered into in this matter between the Petitioner and the Attorney for the services as follows: $400.00 per hour for John Eckelberry; $250.00 per hour for associate time; paralegal time billed at $175.00 per hour; and legal assistant time billed at $75.00 per hour.

2. That as of the May 31, 2026 invoice, the amount of **$106,936.25** is owed to Eckelberry Law Firm, LLC for attorney fees and costs. Interest will continue to accrue on the unpaid balance pursuant to the terms of the fee agreement at the rate of 24.00% per year, compounded monthly.

3. Pursuant to C.R.S. §13-93-114, formerly C.R.S. § 12-5-119, and *In re Benbow*, 11-12257-HRT (Bank. D. Colo., 2013), the attorney's charging lien is "a right conferred by statute, or recognized by the common law, to have his compensation or costs, or both, directly secured by the fruits of the judgment," which "arises by operation of law in advance of judicial proceedings and thus is not 'obtained by judgment' as required by a judicial lien."

4. As such, an attorney's lien acts as a secured interest against any and all property, maintenance, or money awarded to Petitioner, Christine Copeland Herron, through the above-captioned action.

Dated this _21st_ day of May, 2026.

**ECKELBERRY LAW FIRM, LLC**

s/*original signature of John Eckelberry on file at the law office of Eckelberry Law Firm, LLC*

________________________________________

John Eckelberry, #30021
*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that on this _22st_ day of June, 2026, I served a true and correct copy of the above and foregoing *Notice of Attorney's Lien* electronically via CO Courts E-filing System addressed to the following:

Deborah Anderson, Esq.
Curtis Kofoed, Esq.
The Law Firm of Anderson & Baker, LLC
1099 Main Avenue, Suite 315
Durango, CO 81301

Christine Copeland Herron (Via E-mail)

s/*original signature of John L. Eckelberry on file at the law office of Eckelberry Law Firm, LLC*

________________________________________

John L. Eckelberry