**From:** Curtis Kofoed <ck@andersonbaker.com>
**Sent:** Monday, June 15, 2026 4:17 PM
**To:** John Eckelberry <john@eckelberrylaw.com>; Deborah Anderson <da@andersonbaker.com>
**Cc:** Jane Rooney <jr@andersonbaker.com>; Alexandra Roemer <alexandra@eckelberrylaw.com>; Steve Herron <steve@steveherron.com>
**Subject:** RE: IRM Herron Conferral

John,

With your appeal pending we estimate that, absent intervention, it will likely take 12-18 months for us to be in a position to ask for a decree before the trial court on remand.

Because the PNA calls for a property payout based on the date of the decree, we believe that this kind of a delay would be prejudicial to Steve. We plan to ask the COA for a limited remand to the trial court to issue a decree ASAP consistent with the terms of the PNA.

What is your position?

Best,

Curtis Kofoed
Attorney

*If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone, or by return e-mail and delete it from their computer. Thank you.*

Anderson & Baker, LLC
1099 Main Avenue, Suite 315
Durango, CO 81301
ck@andersonbaker.com
Telephone: 970-259-1211 Fax: 970-259-1219