H9013-3B (3/16)

Filer's Name, Address, Phone, email:
CHOI & ITO, Attorneys at Law
Chuck C. Choi; Allison A. Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Tel: (808) 533-1877; Fax: (808) 566-6900
E-mail: cchoi@hibklaw.com; aito@hibklaw.com
Attorneys for STEVEN KARL HERRON

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| | |
|---|---|
| Debtor(s): STEVEN KARL HERRON | Case No.: 24-00634<br>Related Docket No.: 331 |

## CERTIFICATE OF SERVICE

| | |
|---|---|
| *Document(s) served:*<br>Notice of Hearing | *Date served:*<br>August 3, 2026 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| | | |
|---|---|---|
| *Example:*<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>Email address if served via ECF or<br>Fax number if served by fax | Via CM/ECF:<br><br>See attached Exhibit A. | Via U.S. First Class Mail; Postage Prepaid:<br><br>See attached Exhibit B. |
| | | |
| | | |

*Dated:*
August 4, 2026

/s/ Allison A. Ito
[*Print name and sign*]

**NOTIFIED VIA CM/ECF**

Johnathan Christiaan Bolton on behalf of Creditor Cynthia Hayek
jbolton@goodsill.com, pbabbitt@goodsill.com;jratum@goodsill.com

Johnathan Christiaan Bolton on behalf of Creditor Kenneth Wayne Hamp
jbolton@goodsill.com, pbabbitt@goodsill.com;jratum@goodsill.com

Addison D Bonner on behalf of Creditor Christine Copeland Herron
adb@bsahawaii.com, info@tsbhawaii.com;cmc@tsbhawaii.com

Curtis B. Ching on behalf of U.S. Trustee Office of the U.S. Trustee.
USTPRegion15.HI.ECF@usdoj.gov

Chuck C. Choi on behalf of Debtor Steven Karl Herron
cchoi@hibklaw.com, jczerwinski@hibklaw.com;csouza@hibklaw.com

Candace Flores on behalf of U.S. Trustee Office of the U.S. Trustee.
candace.flores@usdoj.gov

Allison A. Ito on behalf of Debtor Steven Karl Herron
aito@hibklaw.com,
jczerwinski@hibklaw.com;ItoAR70906@notify.bestcase.com;csouza@hibklaw.com

Cynthia M. Johiro on behalf of Creditor Department of Taxation
atg.tax.hbcf@hawaii.gov, cynthia.m.johiro@hawaii.gov

Amy L Lambdin on behalf of U.S. Trustee Office of the U.S. Trustee.
amy.lambdin@usdoj.gov

Office of the U.S. Trustee.
ustpregion15.hi.ecf@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee.
elvina.rofael@usdoj.gov

Neil J. Verbrugge on behalf of U.S. Trustee Office of the U.S. Trustee.
nverbrugge@hotmail.com

**EXHIBIT A**

## NOTIFIED VIA U.S. FIRST CLASS MAIL

Aloha House Inc.
1787 Wili Pa Loop Ste 7
Wailuku, HI 96793-1271

Christine Copeland
c/o Addison D. Bonner, Esq.
705 Kint St Ste 105
Honolulu, HI 96813

Christopher R. Decker, Esq.
Decker & Jones
2025 York Street
Denver, CO 80205-5713

Clinical Labs of Hawaii
P.O. Box 1882
Hilo, HI 96721-1882

Comcast
P.O. Box 60533
City of Industry, CA 91716-0533

CU Medicine
P.O. Box 111719
Aurora, CA 80042-1719

Cynthia Hayek
c/o Howard Steinberg, Esq.
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

Erin Lowenthal, Esq.
122 Maa Street, Unit B
Kahului, HI 96732-3602

Hawaii Gas
P.O. Box 29850
Honolulu, HI 96820-2250

Hawaii Pacific Health
Mail Code 61147
P.O. Box 61147
Honolulu, HI 96839-1147

Hawaii Pacific Health
P.O. Box 30670
Honolulu, HI 96820-0670

Hawaii Water Service
P.O. Box 384809
Waikoloa, HI 96738-4809

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Janet B. Martin, Esq.
Lasater & Martin PC
5251 DTC Parkway, Suite 800
Englewood, CO 80111-2737

Jeffrey M. Lippa, Esq.
Williams, Weese, Pepple &
Ferguson, PC
1801 California Street, Suite 3400
Denver, CO 80202-2655

Jeffrey M. Villanueva
700 N. Colorado Boulevard, #347
Denver, CO 80206-4085

Kenneth Hamp
c/o Howard Steinberg, Esq.
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

Maui Diagnostic Imaging
Mail Code 61059
P.O. Box 1300
Honolulu, HI 96807-1300

Maui Electric Company
P.O. Box 2750
Honolulu, HI 96840-0001

McCannon Tyler & Associates
501 Cherry Street, Suite 570
Denver, CO 80246-1327

Michael R. McCurdy, Esq.
Fairfield and Woods, PC
1801 California Street, Suite 2600
Denver, CO 80202-2645

Olson Grimsley
700 17th Street, Suite 1600
Denver, CO 80202-3535

Perrault & Alvarez
1001 Bishop Street, Suite 2870
Honolulu, HI 96813-3482

Plantation Estates Lot Owners Assoc.
c/o Soleil Management Hawaii
10 Ho Ohui Rd, Ste 302
Lahaina, HI 96761-9259

Spectrum
2 Digital Place
Simpsonville, SC 29681-5789

Valley Isle Pool
97 Poloahilani St
Makawao, HI 96768-9783

Verizon Wirless
P.O. Box 660108
Dallas, TX 75266-0108

**EXHIBIT B**

## NOTIFIED VIA U.S. FIRST CLASS MAIL

Waas Campbell Rivera Johnson &
Velasquez
1350 Seventeenth Street, Suite 450
Denver, CO 80202-1925

Waste Pro Hawaii
P.O. Box 1022
Puunene, HI 96784-1022

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac x2303-Ola 3rd Fl
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
Wells Fargo Card Services
P.O. Box 10438, MAC F8235-02F
Des Moines, IA 50306-0435

West Maui Lawn & Landscape
P.O. Box 11793
Lahaina, HI 96761-6793

Zachary D. Wagner, Esq.
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084

**EXHIBIT B**