H9022 (12/15)

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven Karl Herron**<br>Name | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Debtor 2<br>(Spouse, if filing) | Name | Case number: **24−00634**<br>Chapter: **11** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Granting Debtor's Motion for Order (I) Dismissing Chapter 11 Case; and (II) Approving Procedures for Dismissal; Exhibit 1 (Related Doc # 323) Date of Entry: 9/16/2026. (BA)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: September 16, 2026

Angela T. Thompson
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522−8100
www.hib.uscourts.gov