**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven Karl Herron<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx−xx−2258 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Hawaii | | |
| Case number: | 24−00634 | | |

# NOTICE OF DISMISSAL OF CASE

NOTICE IS GIVEN THAT:

On this date the court entered an order dismissing this bankruptcy case. The case will be closed without the entry of a discharge.

The dismissal order may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date Entered: September 16, 2026

Angela T. Thompson
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522−8100
www.hib.uscourts.gov